UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 24-mj-8347-RMM**

UNITED STATES OF AMERICA

v.

COURTNEY KEON MALLORY,
    Defendant.
_____/

FILED BY _____SP_____ D.C.

Jul 17, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)?   No.

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No.

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No.

4. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:   s/*Gregory Schiller*
Gregory Schiller
Assistant United States Attorney
Florida Bar No. 0648477
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
Tel: (561) 209-1045
Email: gregory.schiller@usdoj.gov

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

FILED BY ____SP____ D.C.
Jul 17, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  24-mj-8347-RMM |
| COURTNEY KEON MALLORY | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   June 5, 2024 and July 12, 2024   in the county of   Palm Beach   in the
  Southern   District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2133(a) & (d) | Bank Robbery (2 counts) |

This criminal complaint is based on these facts:
See attached Affidavit by FBI Special Agent Daniel J. Szczepanski.

☑ Continued on the attached sheet.

_____
*Daniel J. Szczepanski*
*Complainant's signature*

FBI Special Agent Daniel J. Szczepanski
*Printed name and title*

Subscribed and sworn to before me in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (FaceTime).

Date:   07/18/2024  
_____
*Judge's signature*

City and state:   West Palm Beach, Florida   United States Magistrate Ryon M. McCabe
*Printed name and title*

# AFFIDAVIT OF
# DANIEL SZCZEPANSKI, SPECIAL AGENT
# FEDERAL BUREAU OF INVESTIGATION

I, Daniel J. Szczepanski, being duly sworn, do state and attest as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and I have been so employed since January 2006. I am currently assigned to PB-2, the Violent Crimes and Major Offender Squad of the Palm Beach County Resident Agency, which investigates bank robberies, narcotics trafficking, fugitives, firearms offenses, and other violent crimes. Based on my experience as a federal law enforcement officer, I have conducted investigations of, and have been instructed in investigative techniques concerning bank robberies and conspiracies to commit these offenses, in violation of Title 18, United States Code, Section 2113(a) and (d). Based upon experience, I have also become well versed in, and familiar with, the methodology utilized in bank robberies and the unique patterns employed by bank robbers.

2. This affidavit is based upon my own personal knowledge of the facts and circumstances surrounding the investigation and information provided to me by other law enforcement officers. This affidavit does not purport to contain all the information known to me about this case but addresses only that information necessary to support a finding of probable cause for the issuance of a criminal complaint charging Courtney Keon MALLORY (hereinafter MALLORY), with two Bank Robberies, in violation of Title 18, United States Code, Section 2113 (a) and (d), that took place in the Southern District of Florida.

**PROBABLE CAUSE**

**Bank Robbery #1 – June 5, 2024**

4. On June 5th, 2024, at approximately 09:36 AM, an unknown subject (UNSUB) robbed the Truist Bank, located at 23037 FL-7, Boca Raton, Florida, in the West Boca Plaza. The UNSUB was a black male wearing a black hooded sweatshirt (with the hood donned over his head), a blue face covering, black pants, black shoes, and blue gloves. The UNSUB carried a black backpack draped across his chest, entered the bank, and brandished a black semi-automatic handgun at the bank tellers behind the counter. The UNSUB then walked towards the office in the back of the bank and, at gun point, ordered the two bank employees to come out into the lobby area of the bank. The UNSUB then jumped the counter and demanded that the tellers open their individual registers. The tellers complied and the UNSUB took United States Currency from the registers and placed it into the black backpack on his chest.

5. UNSUB then demanded (at gunpoint) that the tellers take him to the bank vault. The vault consisted of about thirty (30) individual lockers and the tellers only had the combination to their individual cash lockers. They opened their individual lockers, and the UNSUB took United States Currency from the lockers and placed it into his backpack. The UNSUB then jumped back over the counter and fled southbound through the shopping plaza. In total, $20,204 United States Currency was stolen from the bank. At the time of the robbery, the Federal Deposit Insurance Corporation (FDIC) insured deposits at Truist Bank.

6. Based on a review of Closed-Circuit Television (CCTV) from a nearby business, at approximately 9:26 AM, a dark colored four door sedan was observed turning right from southbound FL-7 onto Boca Entrada Blvd. The vehicle arrived in the area and parked on the southside of the nearby business on Boca Entrada Blvd, which is located on the south end of the

West Boca Plaza. The respective vehicle was a Nissan Altima, which remained parked, with no occupants exiting the vehicle. At approximately 9:29 AM, the vehicle departed and travelled southbound on FL-7. It should be noted that the time of the CCTV camera versus the actual time was approximately one hour behind.

7. Based on additional CCTV, at approximately 9:30 AM, a similar style dark colored four door sedan was observed travelling eastbound on SW 18th Street. This vehicle had what appeared to be the same alloy wheels and door handles as the previous vehicle. The respective vehicle turned left (northbound) into the Sandalfoot Cove Plaza, which is located on the eastside of FL-7, between SW 18th Street and Sandalfoot Blvd. At approximately 9:35 AM, a dark colored Nissan Altima, like the one described above, was observed turning right from southbound FL-7 onto Boca Entrada Blvd. The vehicle parked in the same area as previously observed, alongside Rayus Radiology on Boca Entrada Blvd.

8. At approximately 9:36 AM, the UNSUB who was observed on bank CCTV exited the driver's side door of the Nissan Altima (hereinafter suspect vehicle). The UNSUB proceeded northbound through the West Boca Plaza towards Truist Bank and was observed wearing a white surgical mask, which the UNSUB removed prior to entering the bank. After robbing the bank, the UNSUB was observed on CCTV running southbound through the shopping plaza, back to the suspect vehicle at approximately 9:39 AM. UNSUB entered the driver's side door of the suspect vehicle and fled the scene southbound on FL-7.

9. The vehicle then travelled southbound on FL-7. What appears to be the suspect vehicle is then seen heading eastbound on SW 18th Street, about 1/10 of a mile east of FL-7 at 9:41 A.M.

3

## Bank Robbery #2 – July 12, 2024

10. On July 12, 2024, at approximately 10:22 AM, an unknown subject (UNSUB) robbed the Bank of America, located at 13700 S. Jog Road, Delray Beach, Florida. Like the UNSUB from Robbery #1, the UNSUB was a black male wearing a black hooded sweatshirt (with the hood donned over his head), a white surgical mask, black pants, black shoes, and blue gloves. The UNSUB carried a black backpack draped across his chest, entered the bank, and brandished a black semi-automatic handgun at the bank employees and demanded money. The UNSUB then jumped the counter and demanded that the bank teller empty their drawer. The teller complied and the UNSUB took United States Currency from the registers and placed it into the black backpack on his chest. UNSUB then demanded (at gunpoint) for the manager for access to the bank vault, to which they refused so the UNSUB fled the scene. In total, $21,242.50 in United States Currency was stolen from the bank. At the time of the robbery, the FDIC insured deposits at Bank of America.

11. Based on a review of Closed-Circuit Television (CCTV) from Bank of America prior to the robbery, the UNSUB was observed exiting a dark colored Nissan Altima, which was parked on the southeast corner of the bank. This suspect vehicle, as the vehicle in the first robbery, had chrome trim, chrome door handles, alloy wheels, and a sunroof. After the robbery, the UNSUB exited the bank and was observed entering the driver's side door of the Nissan Altima and fled the scene northbound through the plaza.

12. Based on a license plate reader (LPR) search, records revealed that a Nissan Altima bearing Florida license plate DDXP01 was captured on a LPR travelling northbound on Lyons Road, just north of Clint Moore Road at approximately 10:02 AM. At approximately 10:38 AM, the same vehicle was captured on a LPR travelling southbound on Lyons Road. Using reliable

mapping internet software, the distance to drive from the LPR hit to the bank is approximately 15 minutes, which would be consistent with the UNSUB's arrival and departure from the robbery location. This Nissan Altima had the similar chrome accents around the windows, door handles, and sunroof as the suspect vehicle.

### Follow-up Investigation

13. According to the Florida Department of Motor Vehicles, license plate DDXP01 is registered to J.M., which is listed as being a blue 2013 Nissan Altima, Vehicle Identification Number (VIN) 1N4AL3AP4DC121472. Subsequent record checks for J.M. revealed that she was married to Courtney Keon MALLORY (hereinafter MALLORY). On October 28, 2023, both J.M. and MALLORY changed their mailing address with the Florida Department of Motor Vehicles to the their new apartment in Coconut Creek, Florida.

14. A law enforcement query was conducted on the respective license plate, which revealed that MALLORY was the subject of a traffic stop conducted by the Broward County Sheriff's Office on July 16, 2022. MALLORY was the sole occupant of the vehicle, and listed on the police report was as a contact number of 954-857-5074 for MALLORY.

15. Telephone number 954-857-5074 is associated to MALLORY from T-Mobile. Publicly available data through the online payment application CashApp for telephone number 954-857-5074, revealed the name "Courtney" with account username "$CMALLORY1221", and a photograph of MALLORY.

16. A search of the publicly available State of Florida, Division of Corporations online records revealed that as of April 29, 2024, MALLORY was listed as the Registered Agent and CEO for MALL DES TRUCKING AND LOGISTICS with the Coconut Creek apartment listed as his personal address, a mailing address in Fort Lauderdale, Florida. J.M. is listed as the CFO with

the Coconut Creek apartment as well.

17. On July 12, 2024, at approximately 3:30 PM, law enforcement located the Nissan Altima bearing Florida license plate DDXP01, which was backed into a parking space outside of the building of the Coconut Creek apartment. The vehicle matches the description of Nissan Altima used in both bank robberies.

18. On July 15, 2024, MALLORY was seen leaving the Coconut Creek apartment in the Nissan Altima.

19. Pursuant to a Federally issued search warrant to T-Mobile, investigators obtained location information for cellular phone using telephone number 954-857-5074, which T-Mobile identified as used by an Apple iPhone 15 Pro Max. Based on a review of the records, the phone was in the vicinity of the Coconut Creek apartment in the morning hours leading up to the Bank of America robbery on July 12, 2024. From approximately 9:45 AM to 10:02 AM, the phone using 954-857-5074 appears to travel northbound from the Coconut Creek apartment into Delray Beach, along Lyons Road. This corroborated the LPR records noted above, and consistent with the UNSUB's arrival and departure from the robbery location. Additionally, there is no cellular data or activity utilizing cellphone towers from approximately 10:05 AM until 10:39 AM.

20. Based on your affiant's extensive training and experience, bank robbery suspects are known to power off their electronic devices or place their devices into "airplane mode" to avoid location detection. That would be consistent with the lack of data from 10:05 AM through 10:39 AM.

21. Based on T-Mobile records, cellular phone using telephone number 954-857-5074 appeared to have travelled southbound along Lyons Road from Delray Beach, back to the Coconut Creek apartment. Then, from approximately 11:10 AM until approximately 11:30 AM, the cellular

phone using telephone number 954-857-5074 remained in the vicinity of the Coconut Creek apartment.

22. Upon review of bank surveillance video and photos of the UNSUB, from both the June 5, 2024 robbery and July 12, 2024 robbery, the UNSUB appears to have very similar features to include complexion, facial features, build, height, clothing, backpack, weapon, vehicle, direction of travel, modus operandi of robbery, and are very similar to MALLORY from his government issued records and social media. As such, Investigators believe that the same person committed both robberies described above and have probable cause to believe this person is MALLORY.

23. Agents obtained a Federally issued search warrant for the Coconut Creek apartment on July 16, 2024. The same was executed on July 17, 2024. The following items were seized from the residence: 1) $19,410 in U.S. Currency, which were wrapped in bank bands, some of which had markings for the Truist Bank – West Boca and Bank of America, 2) three pairs of black pants resembling pants worn in the robberies, 3) Yeezy shoes resembling those worn in the robberies, and 4) an Apple iPhone 15 Pro Max, which belonged to MALLORY. Pursuant to an on-site review of the device, investigators discovered search history for various banks, to include Bank of America robbed on July 12, 2024.

24. While on scene, law enforcement learned that the respective apartment had an assigned garage space within the multifamily structure. The garage was labeled "9B", which was affixed to the exterior of the building, above the respective garage door. MALLORY initially invoked his right to counsel, but later re-established contact with agents and provided consent to search the garage. MALLORY advised, after consulting counsel, that the consent was voluntarily and was not induced to provide consent.

25. During the search of the garage, law enforcement found a black Battle backpack, which contained blue latex gloves, a white surgical mask, the blue balaclava, and a black pellet gun. The respective items matched the appearance of the items used in the two bank robberies, as evidenced through review of CCTV.

26. Agents obtained a Federally issued search warrant for the Nissan on July 16, 2024. The same was executed on July 17, 2024. Located in the rear passenger seat, agents located the black hoodie that matched that worn by the UNSUB during the tow robberies.

27. Based upon the foregoing, I respectfully submit that there is probable cause to believe that Courtney Keon MALLORY, by threat of force and violence and intimidation, did take, items of value belonging to the above-named banks, in violation of Title 18, United States Code, Section 2113(a) and (d).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*Daniel J. Szczepanski*
_____
S/A DANIEL J. SZCZEPANSKI
Federal Bureau of Investigation

Sworn to me and subscribed before me this 17 day of July 2024 at West Palm Beach, Florida.

via FaceTime
_____
HON. RYON M. MCCABE
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   COURTNEY KEON MALLORY

**Case No**:   24-mj-8347-RMM

Counts #1-2:

Bank Robbery

18 U.S.C. § 2133(a) and (d)
* **Max. Term of Imprisonment:** 25 years
* **Mandatory Min. Term of Imprisonment (if applicable):** n/a
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $250,000

\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: 24-mj-8347-RMM

### BOND RECOMMENDATION

DEFENDANT: COURTNEY KEON MALLORY

Recommendation: Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Gregory Schiller*
AUSA: Gregory Schiller

Last Known Address: [REDACTED]

What Facility:

Agent(s): FBI SA Daniel J. Szczepanski
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)